UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 963-DMS |
| Plaintiff | ) | CRIMINAL NO. 08mj 839 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| ADALBERTO JACOBO, ET AL | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

PEDRO CONTRERAS - LOPEZ

DATED: 4/1/08

RECEIVED
2008 APR -1 P 2:12
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

RECEIVED _____
DUSM

_____
**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062