```
 1  LEILA W. MORGAN
    California State Bar No. 232874
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5008
    Telephone:  (619) 234-8467 Ext. 3737
 4  Facsimile:   (619) 687-2666
    Leila_Morgan@fd.org
 5

 6  Attorneys for Mr. Sanchez-Martinez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0963-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| JUAN SANCHEZ-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Juan Sanchez-Martinez, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr. Sanchez-Martinez, jointly moves with Assistant United States Attorneys David L. Katz, that the sentencing hearing currently set for July 11, 2008 at 9:00 a.m. be continued until September 12, 2008, at 9:00 a.m.

     The parties request this continuance due to conflicts in their schedule.

     For the foregoing reasons, the parties jointly request that the sentencing hearing be continued until September 12, 2008, at 9:00 a.m.

Dated: May 8, 2008            */s/ Leila W. Morgan*
                                           **LEILA W. MORGAN**
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Sanchez-Martinez
                                           Leila_Morgan@fd.org

Dated: May 8, 2008            */s/ David L. Katz*
                                             **DAVID L. KATZ**
                                           Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

**Michael Edmund Burke**
Law Office of Michael E Burke
105 West F Street
Fourth Floor
San Diego, CA 92101-6036
(619)234-2503
Fax: (619)234-2529
Email: Burkelaw1@sbcglobal.net

a courtesy copy will be delivered via electronic mail to:

**David Lawrence Katz**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-7381
Email: David.Katz@usdoj.gov

Dated: May 8, 2008                    /s/ Leila W. Morgan
                                      **LEILA W. MORGAN.**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Ms. Buenrostro
                                      Leila_Morgan@fd.org