1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR0963-DMS |
| 12       Plaintiff, | ) ) | |
| 13       v. | ) ) | ORDER TO CONTINUE SENTENCING HEARING |
| 14 JUAN SANCHEZ-MARTINEZ, | ) ) | |
| 15       Defendant. | ) ) | |
| 16 | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Sanchez-Martinez, who is in custody, be continued from July 11, 2008 at 9:00 a.m. until September 12, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED:  May 8, 2008

_____
HON. DANA M. SABRAW
United States District Judge